UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Alex Gonzales,

    Plaintiff,

    v.

Warden, Southern Ohio
Correctional Institution,

    Defendant.

Case No. 1:17cv070

Judge Michael R. Barrett

## ORDER

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on February 28, 2017 (Doc. 6).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation (Doc. 6) have been filed.

Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 6) of the Magistrate Judge is hereby **ADOPTED**. The Complaint (Doc. 5) is **DISMISSED with prejudice** consistent with the Recommendation by the Magistrate Judge.

Any request for certificate of appealability or request to certify an appeal would not be taken in good faith and would be denied.

**IT IS SO ORDERED.**

/s/ Michael R. Barrett
Michael R. Barrett
United States District Judge

1